UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA VALLIANOS, *et al.*, | CASE NO. C19-0464-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HOWARD SCHULTZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend briefing schedule and noting date of renewed motion to dismiss (Dkt. No. 25). The motion is GRANTED. Plaintiffs' response to Defendant's motion to dismiss (Dkt. No. 23) is due August 5, 2019. Defendant's reply to Plaintiffs' response is due August 16, 2019. The Clerk is DIRECTED to re-note Defendant's motion to dismiss (Dkt. No. 23) to August 16, 2019.

DATED this 25th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk