THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA VALLIANOS, *et al.*, | CASE NO. C19-0464-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HOWARD SCHULTZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's reply in support of his motion to dismiss (Dkt. No. 29). In Defendant's reply, he asks the Court to take judicial notice of Defendant's Miami speech, viewable at https://www.youtube.com/watch?v=o4TEod-cZ08. (*Id.* at 4.) Because Defendant requested judicial notice in his reply brief, Plaintiffs have not had an opportunity to respond to whether judicial notice of this video is appropriate. Therefore, if Plaintiffs choose to submit supplemental briefing regarding whether the Court should consider the video under the doctrines of either judicial notice or incorporation by reference, they are ORDERED to do so by September 6, 2019. Plaintiffs' briefing shall not exceed three double-spaced pages. The Clerk is DIRECTED to re-note Defendant's motion to dismiss (Dkt. No. 23) to September 6, 2019.

MINUTE ORDER
C19-0464-JCC
PAGE - 1

DATED this 29th day of August 2019.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk

MINUTE ORDER
C19-0464-JCC
PAGE - 2