THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASSANDRA VALLIANOS *et al.*,

           Plaintiffs,

    v.

HOWARD SCHULTZ,

           Defendant.

CASE NO. C19-0464-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion to vacate and reset the motion for class certification deadline (Dkt. No. 32). Having reviewed the motion and the relevant record, the Court finds that good cause exists to extend the deadline set by Local Civil Rule 23(i)(3). The Court therefore GRANTS the motion and ORDERS that Defendant must move for class certification by January 16, 2020.

DATED this 17th day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk