THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA VALLIANOS *et al.*, | CASE NO. C19-0464-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HOWARD SCHULTZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' consent motion for an extension of time for Defendant to respond to Plaintiffs' amended complaint (Dkt. No. 34). Having reviewed the motion and the relevant record, the Court GRANTS the motion and ORDERS that Defendant must respond to Plaintiffs' amended complaint by November 21, 2019.

DATED this 17th day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk