THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASSANDRA VALLIANOS, STACEY KARNEY, and MIKE BARKER, individually and on behalf of all individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD SCHULTZ,<br><br>Defendant. | NO. 2:19-cv-00464-JCC<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR:<br>**December 20, 2019** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Cassandra Vallianos, Stacey Karney, and Mike Barker (collectively, "Plaintiffs") and Defendant Howard Schultz, that Plaintiffs and Defendant have met and conferred, and hereby stipulate to extend the time within which Plaintiffs may move for class certification by thirty (30) days to February 17, 2020 to allow the parties to continue taking discovery relevant to Plaintiffs' forthcoming motion for class certification.

STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION - 1
[NO. 2:19-CV-00464-JCC]

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG:10677786.1

DATED this 20th day of December, 2019.

| | |
|---|---|
| By /s/ *Eric R. Draluck* | By /s/ *Hathaway Burden* |
| Eric R. Draluk, WSBA #19881 | Donald B. Scaramastra, WSBA #21416 |
| | Hathaway Burden, WSBA #52970 |
| PO Box 11647 | FOSTER GARVEY PC |
| Bainbridge Island, WA 98110 | 1111 Third Avenue |
| Telephone: (206) 605-1424 | Suite 3000 |
| edraluck@gmail.com | Seattle, WA  98101 |
| | Telephone: (206) 816-1449 |
| | Facsimile: (206) 464-0125 |
| | don.scaramastra@foster.com |
| Stefan Coleman (*pro hac vice*) | hatahway.burden@foster.com |
| LAW OFFICES OF STEFAN COLEMAN, P.A. | |
| 201 S. Biscayne Blvd., 28th Floor | |
| Miami, FL 33131 | Daniel S. Blynn (*pro hac vice*) |
| Telephone: (877) 333-9427 | Stephen R. Freeland (*pro hac vice*) |
| Facsimile: (888) 498-8946 | Mary M. Gardner (*pro hac vice*) |
| law@stefancoleman.com | VENABLE LLP |
| | 600 Massachusetts Avenue, NW |
| Avi R. Kaufman | Washington, DC 20001 |
| KAUFMAN P.A. | Telephone: (202) 344-4000 |
| 400 NW 26th Street | Facsimile: (202) 344-8300 |
| Miami, FL 33127 | dsblynn@venable.com |
| Telephone: (305) 469-5881 | srfreeland@venable.com |
| kaufman@kaufmanpa.com | mmgardner@venable.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION - 2
[NO. 2:19-CV-00464-JCC]

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG:10677786.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, a copy of the foregoing document was served upon all counsel of record via CM/ECF.

   /s/ *Hathaway Burden*
Hathaway Burden

*An Attorney for Defendant*

STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 3
[NO. 2:19-CV-00464-JCC]

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG:10677786.1