THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA VALLIANOS *et al.*, | CASE NO. C19-0464-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| HOWARD SCHULTZ, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Plaintiffs' motion for class certification (Dkt. No. 38). The Court hereby GRANTS the motion and ORDERS that Plaintiffs must move for class certification by February 17, 2020.

DATED this 23rd day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0464-JCC
PAGE - 1