<pre>
                                                      THE HONORABLE JOHN C. COUGHENOUR
</pre>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA VALLIANOS, STACEY KARNEY, and MIKE BARKER, individually and on beh alf of all others similarly situated,<br><br>               Plaintiff,<br>   v.<br><br>HOWARD SCHULTZ,<br><br>               Defendant. | CASE NO. C19-0464-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the class certification deadline (Dkt. No. 41). The Court hereby GRANTS the motion and STAYS the deadline for when Plaintiffs must move for class certification, pending the resolution of the parties' dispute over whether Plaintiffs may depose Defendant. Once the dispute is resolved, the parties must promptly propose a new deadline for when Plaintiffs must move for class certification.

//

//

//

MINUTE ORDER
C19-0464-JCC
PAGE - 1

1       DATED this 13th day of February 2020.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C19-0464-JCC
PAGE - 2